**Phillip WALLACE, Plaintiff–Appellant,**

**v.**

**Merle D. ROBINSON, Zenon Symanski, Michael O'Leary and Michael P. Lane, Defendants–Appellees.**

**No. 88–1806.**

United States Court of Appeals, Seventh Circuit.

Jan. 9, 1991.

Jerold S. Solovy, William A. VonHoene, Jr., and Thomas S. O'Neill, Jenner & Block, Chicago, Ill., for plaintiff-appellant and Phillip Wallace, Joliet, Ill., plaintiff-appellant pro se.

Diane Curry Grapsas and Daniel N. Malato, Asst. Attys. Gen., Office of the Atty. Gen., Chicago, Ill., for defendants-appellees.

Before BAUER, Chief Judge, and CUMMINGS, WOOD, Jr., CUDAHY, POSNER, COFFEY, FLAUM, EASTERBROOK, RIPPLE, MANION, KANNE AND SNEED [1], Circuit Judges.

### ORDER

On consideration of the petition for rehearing with suggestion for rehearing *en banc* and of the response filed thereto in the above-entitled cause, a vote of the active judges of the court was requested. A majority of the judges voted to rehear this case *en banc.*[2] Accordingly,

IT IS ORDERED that rehearing *en banc* be, and the same is hereby, GRANTED.

IT IS FURTHER ORDERED that the opinion entered in this case on September 26, 1990 be, and is hereby, VACATED.

This case will be reheard *en banc* at the convenience of the court.

---

1. Honorable Joseph T. Sneed, Circuit Judge for the Ninth Circuit, sitting by designation. He did not participate in the *en banc* consideration of this opinion.

2. Honorable Richard D. Cudahy, *Circuit Judge,* voted to deny rehearing *en banc.*